**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Carlos Peralta,

Plaintiff,

v.

Fargol Ghadiri, et al.,

Defendants.

Case No. 2:26-cv-02656-GMN-DJA

**Order**

Clark County Detention Center inmate, Plaintiff Carlos Peralta, submitted initiating documents to the Court which include an application to proceed *in forma pauperis* and a civil rights complaint. (ECF Nos. 1, 1-1). Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed *in forma pauperis* and attach: (1) an inmate account statement for the past six months; and (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in the plaintiff's trust account at the institution. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

Here, Plaintiff's application is incomplete because the financial certificate, which is on page four of this Court's form application, does not appear to be properly signed by an authorized officer. Additionally, Plaintiff did not submit an inmate account statement for the past six months. The Court with therefore deny Plaintiff's application to proceed *in forma paupers* without prejudice. If Plaintiff chooses to file another *in forma pauperis* application, then he must file a complete application on this Court's approved form including all the documents referenced in this order.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff: (1) a copy of this order; and (2) a blank application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction packet.

**IT IS FURTHER ORDERED** that by **September 30, 2026**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments; or (2) pay the full $405 filing fee for a civil action, which includes the $350 filing fee and the $55 administrative fee. Failure to comply with this order will result in a recommendation to the District Judge that this action be dismissed.

DATED: August 31, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE