**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Carlos Peralta,

Plaintiff,

v.

Fargol Ghadiri, et al.,

Defendants.

Case No. 2:26-cv-02656-GMN-DJA

**Order**

Clark County Detention Center inmate, Plaintiff Carlos Peralta, submitted a renewed application to proceed *in forma pauperis*. (ECF No. 4). However, the financial certificate is not completed and Plaintiff does not attach an inmate account statement for the past six months. So, the Court will defer ruling on Plaintiff's application and give him sixty additional days to file: (1) an inmate account statement for the past six months; and (2) a complete financial certificate from the institution where he is incarcerated certifying the amount of funds in Plaintiff's trust account at the institution. Alternatively, Plaintiff may pay the filing fee.

**IT IS THEREFORE ORDERED** that by **November 30, 2026**, Plaintiff must either: (1) file an inmate account statement for the past six months and a complete financial certificate from the institution where he is incarcerated; or (2) pay the full $405 filing fee for a civil action, which includes the $350 filing fee and the $55 administrative fee. Failure to comply with this order will result in a recommendation to the District Judge that this action be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

DATED: September 17, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE